November 3, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

### DERRICK M. SAULSBERRY, Appellant

NO. 14-14-00798-CV                     V.

### WENDY ROSS, INDIVIDUALLY AND ON BEHALF OF TEXAS SPRAY-ON BEDLINERS L.L.C., Appellee

_____

This cause, an appeal from the judgment signed September 2, 2014

- in favor of appellee Wendy Ross on her claims against appellant Derrick M. Saulsberry,

- against appellee Texas Spray-On Bedliners L.L.C. on its claims against Saulsberry, and

- in favor of Saulsberry on his counterclaims against Ross,

was heard on the transcript of the record. We have inspected the record and find the evidence legally insufficient to support the trial court's award of damages to Wendy Ross. The remainder of the judgment has not been challenged on appeal.

We therefore

1.     **SEVER** the portions of the judgment

     (a)     ordering that Texas Spray-On Bedliners L.L.C. take nothing by its claims against Derrick M. Saulsberry;

     (b)     holding Wendy Ross liable to Derrick M. Saulsberry for a total of $10,162.70; and

(c)    ruling that post-judgment interest will accrue at the rate of 5% per annum from September 2, 2014 until paid; and we

2.    **REVERSE** the remainder of the judgment of the court below and **RENDER** judgment that Wendy Ross take nothing by her claims against Derrick M. Saulsberry.

We further order that all costs incurred by reason of this appeal be paid by appellee Wendy Ross.

We further order this decision certified below for observance.